607 A.2d 1075

**John W. BAUGHMAN, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (CAPITAL BAKERS, DIVISION OF STROEHMANN BAKERIES and Liberty Mutual Fire Insurance Co.).**

Supreme Court of Pennsylvania.

Argued May 7, 1992.

Decided June 11, 1992.

Joseph M. Melillo, Harrisburg, for appellant.

Joseph R. Thompson, James A. Tinnyo, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., did not participate in the consideration or decision of this case.

NIX, C.J., and FLAHERTY, J., dissent.